UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHY PROOTH,

    Plaintiff,

    v.

DATAVANT, INC., et al.,

    Defendants.

Case No. 24-cv-02972-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The Mediator for this action has certified that the parties in this matter held a Mediation session on December 11, 2024, and that the case settled.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.  **IT IS SO ORDERED**.

Dated: December 13, 2024



WILLIAM H. ORRICK
United States District Judge